**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **PAMELA WINGATE,** ) | **CASE NO. 1:16CV1785** |
| ) | |
| **Plaintiff,** ) | |
| ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. ) | |
| ) | |
| **WAL-MART STORES, INC.,** *et al.*, ) | <u>O R D E R</u> |
| ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

    This Court has reviewed the Report and Recommendation (Doc.# 26 ) of Magistrate Judge Jonathon D. Greenberg regarding Defendants' Oral Motion to Dismiss with Prejudice for Failure to Prosecute.

    FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

    Therefore, the Court adopts in full the Report and Recommendation (Doc.#26) and the Oral Motion to Dismiss is granted in part and denied in part. This Case is

dismissed without prejudice for failure to prosecute.

        IT IS SO ORDERED.

Dated: 4/4/2017

                                  *S/Christopher A. Boyko*
                                  CHRISTOPHER A. BOYKO
                                  UNITED STATES DISTRICT JUDGE